AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Brenda Whitlow | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 03-CV-5 |
| v. | |
| Visiting Nurse Association of Western New York a/k/a Advanced Home Care, Inc. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is granted and this case is dismissed in its entirety.


Date: September 2, 2005                                    RODNEY C. EARLY,
                                                           CLERK


                                    By:        s/Deborah M. Zeeb
                                                  Deputy Clerk